Decided September 20, 2001

DANIEL DUMONT *v.* UBC, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 64 Conn. App. 903 (AC 20912), is denied.

*Daniel Dumont,* pro se, in support of the petition.

*A. Jeffrey Somers*, in opposition.

Decided September 20, 2001